UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JASEN BRUZEK, HOPE KOPLIN, and CHRISTOPHER PETERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUSKY ENERGY INC. and SUPERIOR REFINING COMPANY LLC,<br><br>Defendants. | Case No. 18-cv-697<br>(Jury Trial Demanded) |

**PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, by their counsel, hereby move this Court for entry of an Order as follows:

1. Plaintiffs Jasen Bruzek ("Bruzek"), Hope Koplin ("Koplin"), and Christopher Peterson ("Peterson") move the Court pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) to certify the following Classes:

   **Rule 23(b)(3) Class:**

   All persons over the age of 18 subject to the Evacuation Order declared on April 26, 2018 as a result of the Superior Refinery explosion and fire who seek compensation for economic loss or loss of use and enjoyment of their property, excluding personal injury damages.

   **Rule 23(b)(2) Class:**

   All persons over the age of 18 who currently reside in the Evacuation Zone declared on April 26, 2018 as a result of the Superior Refinery explosion and fire.

2. Plaintiffs seek relief on behalf of themselves and the Classes, and request that the Court find them to be adequate Class Representatives and appoint Bruzek, Koplin, and Peterson as Class Representatives of the 23(b)(3) Class, and to appoint Bruzek and Peterson as Class Representatives of the 23(b)(2) Class.

3. All putative Class representatives seek the appointment of Zimmerman Reed LLP as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

4. These requests are based on the record in this case as well as: (a) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Exhibits; and (b) the [Proposed] Order Granting Plaintiffs' Motion for Class Certification (Ex. NN), all served and filed concurrently herewith, as well as any additional materials or argument that may be presented to the Court.

Dated: July 13, 2020

Respectfully submitted,

By: /s/ *Patricia A. Bloodgood*
**ZIMMERMAN REED LLP**
Patricia A. Bloodgood, WI Bar No. 1003511
J. Gordon Rudd, Jr., MN Bar No. 222082 (PHV)
June P. Hoidal, MN Bar No. 033330X (PHV)
Charles Toomajian, MN Bar No. 0397879 (PHV)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Patricia.Bloodgood@zimmreed.com
Gordon.Rudd@zimmreed.com
June.Hoidal@zimmreed.com
Charles.Toomajian@zimmreed.com

**ZIMMERMAN REED LLP**
Christopher P. Ridout, CA Bar No. 143931 (PHV)
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Phone: (877) 500-8780
Christopher.Ridout@zimmreed.com

*Attorneys for Plaintiffs and Proposed Class*