# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JASEN BRUZEK, HOPE KOPLIN, and CHRISTOPHER PETERSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HUSKY ENERGY INC. and SUPERIOR REFINING COMPANY LLC, <br><br> Defendants. | Case No. 18-cv-697 <br> (Jury Trial Demanded) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, hereby move this Court for entry of an Order granting final approval of their class action settlement with Defendants Husky Oil Operations Ltd. and Superior Refining Co. LLC.

This Motion is based on the record in this case as well as: (1) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; and (2) Declaration of Gina M. Intrepido-Bowden; as well as any additional materials and argument that may be presented to the Court.

Dated: December 15, 2021

Respectfully submitted,

By: /s/ J. Gordon Rudd, Jr.
**ZIMMERMAN REED LLP**
Patricia A. Bloodgood, WI Bar No. 1003511
J. Gordon Rudd, Jr., MN Bar No. 222082 (PHV)
June P. Hoidal, MN Bar No. 033330X (PHV)
Charles Toomajian, MN Bar No. 0397879 (PHV)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 341-0400

Patricia.Bloodgood@zimmreed.com
Gordon.Rudd@zimmreed.com
June.Hoidal@zimmreed.com
Charles.Toomajian@zimmreed.com

**ZIMMERMAN REED LLP**
Christopher P. Ridout, CA Bar No. 143931 (PHV)
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Phone: (877) 500-8780
Christopher.Ridout@zimmreed.com

*Attorneys for Plaintiffs and the Class*